MAY 22, 1998

No. 97–1296. HALL v. FIRST UNION NATIONAL BANK OF FLOR-IDA ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1. 

MAY 26, 1998

No. D–1639. IN RE DISBARMENT OF FARRELL. Motion to renew motion to vacate denied. [For earlier order herein, see, e. g., 519 U. S. 802.]

No. M–73. MOORE v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON; and
No. M–75. KING v. BRYANT ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–74. HAMPTON v. MISSOURI. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.